**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)*: _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | SRG Eastside, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2166866 | |
| 4. | Debtor's address | **Principal place of business**<br><br>94 S. 13th Street<br>Pittsburgh, PA 15203<br>Number, Street, City, State & ZIP Code<br><br>Allegheny<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **SRG Eastside, LLC**  Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No
   - ☐ Yes

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes

    List all cases. If more than 1, attach a separate list

    Debtor _____   Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  SRG Eastside, LLC
        Name

Case number (*if known*)

Debtor  **SRG Eastside, LLC**  Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
     Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **SRG Eastside, LLC**
Name                                                                                      Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2020**
               MM / DD / YYYY

X  **/s/ Richard Stern**                                **Richard Stern**
Signature of authorized representative of debtor         Printed name

Title   **Principal**

**18. Signature of attorney**

X  **/s/ Robert O Lampl**                               Date  **June 22, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert O Lampl 19809**
Printed name

**Robert O Lampl Law Office**
Firm name

**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone  **412-392-0330**     Email address  **rlampl@lampllaw.com**

**19809 PA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SRG Eastside, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Breadworks<br>2110 Brighton Road<br>Pittsburgh, PA 15212 | | | Unliquidated | | | $7,674.67 |
| CURTZE<br>1717 East 12th St.<br>Erie, PA 16511 | | | Unliquidated | | | $13,003.87 |
| East Liberty Development Inc.<br>6022 Penn Ave.<br>100 Sheridan Square<br>Pittsburgh, PA 15206 | | | Unliquidated | | | $16,869.05 |
| Eastside Office Center LLC<br>920 North Sherdan Avenue<br>Pittsburgh, PA 15206 | | | Unliquidated<br>Disputed | | | $39,758.00 |
| Eastside Office Center LLC<br>920 NOrth Sherdan Avenue<br>Pittsburgh, PA 15206 | | | Unliquidated<br>Disputed | | | $7,132.81 |
| Euclid Fish Company<br>7839 Enterprise Drive<br>Mentor, OH 44061 | | | Unliquidated | | | $1,679.33 |
| Field General<br>2829 Larkins Way<br>Pittsburgh, PA 15203 | | | Unliquidated | | | $3,381.95 |

Debtor **SRG Eastside, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fortessa Tableware Solutions 20412 Bashan Dr. Ashburn, VA 20147 | | | Unliquidated | | | $1,536.03 |
| Garrow Bros. Draft Service P.O. Box 182 Greensburg, PA 15601 | | | | | | $4,169.43 |
| H2R CPA 875 Greentree Road 7 Parkway Center, Suite 1000 Pittsburgh, PA 15220 | | | Unliquidated | | | $8,925.00 |
| K.E. McDonald Plumbing Heating & Cooling 15 Blackberry Lane Jeannette, PA 15644 | | | Unliquidated | | | $2,960.10 |
| Lugalia Mechanical Inc. 1 Rutgers Rd. Pittsburgh, PA 15205 | | | Unliquidated | | | $1,493.11 |
| Pittsburgh Valet PO Box 96133 Pittsburgh, PA 15226 | | | Unliquidated | | | $5,124.97 |
| PNC Bank PO Box 856177 Louisville, KY 40285 | | | Unliquidated | | | $22,051.54 |
| Pure Chemical Solutions P.O. Box 24041 Pittsburgh, PA 15206 | | | Unliquidated | | | $2,910.39 |
| Reinart Food Service 226 East View Dr. Mount Pleasant, PA 15666 | | | Unliquidated Disputed | | | $19,497.55 |
| Samuels & Sons 3400 S. Lawrence St. Philadelphia, PA 19148 | | | Unliquidated | | | $5,124.97 |
| Sirna & Sons Produce 7176 State Rt. 88 Ravenna, OH 44266 | | | Unliquidated | | | $4,974.97 |

Debtor **SRG Eastside, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Strip District Meats 2133 Penn Avenue Pittsburgh, PA 15222-4419 | | | Unliquidated | | | $1,447.19 |
| US Foodservice Inc. PO Box 643190 Crabtree, PA 15624-3190 | | | Unliquidated | | | $128,097.00 |

```
Breadworks
2110 Brighton Road
Pittsburgh, PA 15212

CURTZE
1717 East 12th St.
Erie, PA 16511

East Liberty Development Inc.
6022 Penn Ave.
100 Sheridan Square
Pittsburgh, PA 15206

Eastside Office Center LLC
920 North Sherdan Avenue
Pittsburgh, PA 15206

Eastside Office Center LLC
920 NOrth Sherdan Avenue
Pittsburgh, PA 15206

Euclid Fish Company
7839 Enterprise Drive
Mentor, OH 44061

Field General
2829 Larkins Way
Pittsburgh, PA 15203

Fortessa Tableware Solutions
20412 Bashan Dr.
Ashburn, VA 20147

Garrow Bros. Draft Service
P.O. Box 182
Greensburg, PA 15601

H2R CPA
875 Greentree Road
7 Parkway Center, Suite 1000
Pittsburgh, PA 15220

K.E. McDonald Plumbing Heating & Cooling
15 Blackberry Lane
Jeannette, PA 15644

Lugalia Mechanical Inc.
1 Rutgers Rd.
Pittsburgh, PA 15205

Pittsburgh Valet
PO Box 96133
Pittsburgh, PA 15226
```

PNC Bank
PO Box 856177
Louisville, KY 40285

Pure Chemical Solutions
P.O. Box 24041
Pittsburgh, PA 15206

Reinart Food Service
226 East View Dr.
Mount Pleasant, PA 15666

Samuels & Sons
3400 S. Lawrence St.
Philadelphia, PA 19148

Sirna & Sons Produce
7176 State Rt. 88
Ravenna, OH 44266

Strip District Meats
2133 Penn Avenue
Pittsburgh, PA 15222-4419

US Foodservice Inc.
PO Box 643190
Crabtree, PA 15624-3190